UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2281 ADM/RLE

DONALD JOE SEARS,

Petitioner,

v.

JANET RENO, U.S. Attorney General; FEDERAL BUREAU OF PRISONS; KATHLEEN HAWK, Director, Federal Bureau of Prisons; FRED STOCK, WILLIE SCOTT, Wardens, USP Atlanta, Ga; FNU CURRIER, Clinical Director, PERCY PITZER, Warden, FCI Oxford, Wi.; FNU STIENER, Health Services Administrator; MUHAMMAD ASLAM, Clinical Physician; FNU FLOYD, Warden, FCI Estill, SC.; FNU RAINWATER, Health Services Administrator (a); CONSTANCE REESE, Warden, FMC Rochester, MN.; TERRESA JENSEN, Associate Warden (Medical); JEANNE SMITH, Health Services Administrator; DAVID EDWARDY, D.O., Clinical Director; TRUNG TRAN, Clinical Physician,

Respondents.

**O R D E R**

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time pursuant to Rule 6(b), Federal Rules of Civil Procedure. Based upon that motion, and good cause appearing therefore,

FILED NOV 06 2000
FRA E. DOSAL, CLERK
JUDG NTD
DEP RK

IT IS HEREBY ORDERED that the government's Motion is GRANTED, and that respondent shall be granted until November 21, 2000, to prepare and submit its return to the Petition.

Dated: 11/6/2000

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge