# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald Joe Sears

Plaintiff

v.

Janet Reno, U.S. Attorney General, et al.,

Defendants

Case No. Civil 00-2281 ADM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the R&R and Supp. R&R are adopted in their entirety. The petition for a writ of habeas corpus is dismissed without prejudice. The motion to proceed in forma pauperis is denied as moot. The motion for concurrent jurisdiction to entertain a 2241 petition is denied as moot. Petitioner's motion for an emergency hearing is denied as moot. Petitioner's motion to strike respondents' reply is denied. This action is dismissed without prejudice.

DATE: February 12, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk